AO 10*
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murray, Paul B. | U.S. District Court for the Southern District of Alabama | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

155 St. Joseph Street
Room 560
Mobile, AL 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | UMS-Wright Preparatory School |
| 2. | Director | YMCA of South Alabama, Inc. |
| 3. | Director | Mobile Youth Lacrosse, Inc. |
| 4. | Partner | Mobile Bonding Company |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/16/18 | Daniel Mitchell, Attorney: legal fees on estate administration | $950.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Greene Group, Inc., salary |
| 2. 2018 | Baker Place Farm, salary |
| 3. 2018 | UMS-Wright Preparatory School, salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 (see Part VIII) | E | Interest | P1 | T | | | | | |
| 2. Bryant Bank Cash Accounts | A | Interest | P1 | T | | | | | |
| 3. Wells Fargo Cash Account | A | Interest | K | T | | | | | |
| 4. TrustMark Cash Account | A | Interest | K | T | | | | | |
| 5. Mobile Bonding Company K-1 (X) | D | Int./Div. | M | U | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. --GE common stock | A | Dividend | | | Sold | 06/19/18 | J | | |
| 8. --PG common stock | A | Dividend | | | Sold | 06/19/18 | J | | |
| 9. --SO common stock | A | Dividend | | | Sold | 06/19/18 | J | | |
| 10. --DIS common stock | A | Dividend | | | Sold | 06/19/18 | J | | |
| 11. --Legg Mason Family Fund: Clearbridge Aggressive GWTH C | A | Dividend | | | Sold | 06/19/18 | J | | |
| 12. --Hartford Family Fund: Hartford Balanced Inc C | A | Dividend | | | Sold | 06/19/18 | J | | |
| 13. --The Olstein Funds Family: Olstein All Cap Value C | A | Dividend | | | Sold | 06/19/18 | J | | |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. --American Fund Family: Europacific Growth F1 | A | Dividend | | | Sold | 06/19/18 | J | | |
| 16. --Legg Mason Family Fund: Clearbridge Aggressive Growth C | A | Dividend | | | Sold | 06/19/18 | J | | |
| 17. --Miller Value Funds Family: Miller Opportunity Trust C | A | Dividend | | | Sold | 06/19/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Olstein Family Fund: Olstein All Cap Value C | A | Dividend | | | Sold | 06/19/18 | J | | |
| 19.  Stocks/Funds/K-1 Assets Group #1 (H) | | | | | | | | | |
| 20.  --Adient PLC common stock | A | Dividend | J | T | | | | | |
| 21.  --Agrium Inc common stock (merged with Potash Corp to form Nutrien) | | | | | Merged (with line 64) | 01/02/18 | J | | |
| 22.  --Allegion Public Limited Co. common stock | A | Dividend | J | T | | | | | |
| 23.  --Chemours Co. common stock | A | Dividend | J | T | | | | | |
| 24.  --Colgate Palmolive common stock | A | Dividend | K | T | | | | | |
| 25.  --Conoco Phillips common stock | A | Dividend | K | T | | | | | |
| 26.  --John Deere & Co. common stock | C | Dividend | M | T | | | | | |
| 27.  --Dow DuPont F/K/A DuPont | A | Dividend | K | T | | | | | |
| 28.  --General Mills, Inc. common stock | A | Dividend | | | Sold | 11/30/18 | J | | |
| 29.  --GlaxoSmithKline PLC common stock (See Part VIII) | B | Dividend | K | T | | | | | |
| 30.  --Ingersoll Rand PLC common stock | A | Dividend | K | T | | | | | |
| 31.  --IBM Corp common stock | C | Dividend | L | T | | | | | |
| 32.  --Johnson Controls Inc. common stock | A | Dividend | J | T | | | | | |
| 33.  --PPL Corp common stock | B | Dividend | K | T | | | | | |
| 34.  --Microsoft common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Rayonier, Inc. common stock | C | Dividend | L | T | | | | | |
| 36. --Schlumberger LTD common stock | A | Dividend | J | T | | | | | |
| 37. --UPS Inc common stock | A | Dividend | K | T | | | | | |
| 38. --Valero Energy Corp common stock | B | Dividend | L | T | | | | | |
| 39. --Vanguard Family Funds: Vanguard FTSE Emerging Markets Fund | B | Dividend | L | T | | | | | |
| 40. --Vanguard Family Funds: Vanguard Natural Resources Fund | A | Int./Div. | J | T | | | | | |
| 41. --Vanguard Family Funds: Vanguard Star Fund | A | Dividend | L | T | | | | | |
| 42. --Vanguard Family Funds: Vanguard Sector Index | C | Dividend | M | T | | | | | |
| 43. --Wayerhauser Co common stock | B | Dividend | K | T | | | | | |
| 44. --WGL Holdings Inc. common stock | B | Dividend | | | Sold | 07/11/18 | L | D | |
| 45. --Energen commm stock (merger w Diamondback) | A | Dividend | | | Merged (with line 62) | 11/30/18 | K | | |
| 46. --EQT Corp common stock | A | Dividend | K | T | | | | | |
| 47. --First Dozier Bancshares common stock | B | Dividend | K | U | | | | | |
| 48. --Henderson Bancshares common stock | D | Dividend | L | T | | | | | |
| 49. --Merchant and Farmers Bancshares K-1 | C | Dividend | J | T | | | | | |
| 50. --Xcel Energy common stock | A | Dividend | J | T | | | | | |
| 51. --OGE Energy common stock | C | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --OneOK common stock | B | Dividend | L | T | | | | | |
| 53. --OneGas common stock | A | Dividend | L | T | | | | | |
| 54. --Iberdola common stock | A | Dividend | | | Sold | 08/08/18 | J | B | |
| 55. --Regions Financial common stock | A | Dividend | K | T | | | | | |
| 56. --Relations Bancshares K-1 | A | Dividend | J | T | | | | | |
| 57. --Alabama Catfish Feedmill K-1 | G | Interest | M | U | | | | | |
| 58. --Vanguard Family Funds: Vanguard Natural Resources Fund | A | Dividend | J | T | | | | | |
| 59. --Ligon K-1 | E | Distribution | L | U | | | | | |
| 60. --Harena, LLC K-1 Rental Property Escambia County, FL | E | Rent | N | U | | | | | |
| 61. --Sorelle Development, LLC K-1 Rental Property Marshall County, AL | C | Rent | O | U | | | | | |
| 62. --Diamondback Energy Inc. common stock (X) | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 63. --Duke Corp common stock (X) | B | Dividend | L | T | Buy | 06/08/18 | L | | |
| 64. --Nutrien Corp common stock (X) | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 65. Stocks/Funds/K-1 Assets Group #2(H) | | | | | | | | | |
| 66. --AT&T common stock | B | Dividend | K | T | | | | | |
| 67. --Caterpillar common stock | B | Dividend | L | T | | | | | |
| 68. --Coca Cola common stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Duke Energy common stock | B | Dividend | K | T | | | | | |
| 70. --Entergy Corp common stock | C | Dividend | L | T | | | | | |
| 71. --GE common stock (X) | A | Dividend | K | T | Buy | 06/01/18 | K | | |
| 72. --Intel Corp common stock | B | Dividend | K | T | | | | | |
| 73. --JNJ common stock | A | Dividend | K | T | | | | | |
| 74. --Spire, Inc. common stock F/K/A LaClede Group, Inc. | B | Dividend | L | T | | | | | |
| 75. --PG&E Corp common stock | A | Dividend | J | T | | | | | |
| 76. --Procter&Gamble common stock | A | Dividend | K | T | | | | | |
| 77. --Southern Co. common stock | D | Dividend | M | T | | | | | |
| 78. --Enbridge, Inc common stock F/K/A Spectra Energy Corp | A | Dividend | M | T | | | | | |
| 79. --Unilever NV York common stock | A | Dividend | J | T | | | | | |
| 80. --Vanguard Family Funds: Vanguard US Value Fund | A | Distribution | J | T | | | | | |
| 81. --Vanguard Family Funds: Vanguard Equity Income Fund | A | Distribution | J | T | | | | | |
| 82. --Vanguard Family Funds: Vanguard Global Ex US Real Estate Fund | A | Dividend | J | T | | | | | |
| 83. --Vanguary Family Funds: Vanguard Windsor II Fund (X) | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 84. --Verizon Communications common stock (X) | B | Dividend | K | T | Buy | 06/01/18 | K | | |
| 85. --Union Pacific common stock | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Athena Universal Life Ins Policy: issued by AXA Equitable (Whole Life) | A | Interest | K | T | | | | | |
| 87. Brightlife Protect Life Ins Policy: issued by AXA Equitable(Whole Life | A | Interest | J | T | | | | | |
| 88. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murray, Paul B. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re Trust #1: Neither filer, spouse nor dependent created this Trust. We do not have knowledge of the assets in this Trust.

Re GlaxoSmithKline PLC still appears becuase the 2017 listing as "Sold" was actually only a partial sale at a loss on 12/28/17

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul B. Murray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544